Jasmine Marshall

vs

John E. Potter

08-1348 ESH

## Affidavit of Service

I, Jasmine Marshall mailed the summons and complaint certified mail to John E. Potter on 05 Aug 08

[Certified mail return receipt card:
1. Article Addressed to: John E. Potter, 475 L'Enfant Plaza SW, Wash, DC 20260
2. Article Number: 7008 1140 0001 7302 6932
Service Type: Certified Mail
A. Signature: M. Soo — Agent
B. Received by (Printed Name): M. Soos
C. Date of Delivery: 8-8-08
PS Form 3811, February 2004, Domestic Return Receipt]

Jasmine Marshall
2607 Naylor RD SE #303
Wash, DC 20020
202/583-3994

RECEIVED
SEP - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT