United States District Court
For the District of Columbia

Jasmine Marshall
    vs
US Attorney for the
District of Columbia

08-1348 ESH

Affidavit of Service

I, Jasmine Marshall mailed the summons and complaint certified mail to US Attorney for the District of Columbia on 05 Aug 08

[USPS PS Form 3811 Domestic Return Receipt, February 2004, addressed to: US Attorney for the District of Columbia, 501 Third St NW, Wash., DC 20001. Signature received, date stamped AUG 26 2008.]

Jasmine Marshall
2607 Naylor Rd SE #303
Wash., DC 20020
202/583-3994

RECEIVED
SEP - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Jasmine Marshall
  vs
US Attorney General

08-1348 ESH

## Affidavit of Service

I, Jasmine Marshall mailed the summons and complaint certified mail to US Attorney General on 05 Aug 08

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General
950 Pennsylvania Ave NW
Wash., DC 20530

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  X [signature]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   AUG 2 2 2008
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Jasmine Marshall
2607 Naylor Rd. SE #303
Wash., DC. 20020
202/583-3994

RECEIVED
SEP - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT